IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEXIS DOBIE and MATTHEW BOUR, Each individually and on Behalf of All Others Similarly Situated | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 5:20-CV-00083-JKP-RBF |
| GS GROUP FAIR OAKS, LLC, GARY SKINNER, and RUN TMJ, LLC | § § § § | |
| *Defendants.* | § | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

COME NOW Plaintiffs Alexis Dobie, Matthew Bour, and Ryan Parks collectively "Plaintiffs") and Defendants Run TMJ, LLC, GS Group Fair Oaks, LLC, and Gary Skinner (collectively "Defendants"), by and through their undersigned counsel, and for their Joint Stipulation to Dismiss with Prejudice, they do hereby state and allege as follows:

1. Plaintiffs filed this lawsuit against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*

2. The FLSA requires employers to pay overtime compensation to employees who work more than forty (40) hours in a workweek. 29 U.S.C. § 207(a)(1). The Parties' claims and defenses alleged in the litigation indicate that bona fide disputes exist regarding the amount of minimum and overtime wages paid and owed to Plaintiffs, and to what extent Plaintiffs worked more than forty (40) hours in a workweek.

3. After arms-length negotiations in which the Parties were all represented by counsel, Plaintiffs and Defendants have resolved all issues and entered into a Settlement Agreement and

Complete Release of Claims ("Settlement Agreement"); the Parties believe the Settlement Agreement is a fair, reasonable and adequate compromise of a bona fide dispute. The Parties believe that the settlement is a fair and reasonable resolution of their disputes.

4. The Parties agree that each party will bear their own attorney's fees and costs.

5. The Parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

6. Court approval of the Settlement Agreement is not necessary. *Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 256 (5th Cir. 2012); *Martinez v. Bohls Bearing Co.*, 361 F. Supp. 2d 608, 630 (W.D. Tex. 2005). However, if the Court desires to review the terms of the Settlement Agreement, the Parties ask for leave to submit the agreement to the Court for review in camera because they desire to keep the Settlement Agreement confidential.

7. Because the Parties' agreement contemplates future payments that will not come due until January 2021, the Parties request that this Court retain jurisdiction until March 1, 2021, to enforce terms of their agreement if necessary.

8. The Parties further request that any deadlines in this case be stayed pending completion of the settlement and dismissal by the Court.

                                                  Respectfully Submitted,

Date: September 25, 2020                       By: */s/ Josh Sanford*
                                                                    Josh Sanford
                                                                    Tex. Bar. No. 24077858
                                                                    josh@sanfordlawfirm.com

                                                                    Merideth McEntire
                                                                    Tex. Bar. No. 24105123
                                                                    merideth@sanfordlawfirm.com

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackelford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

**ATTORNEYS FOR PLAINTIFFS
ALEXIS DOBIE, MATTHEW BOUR
AND RYAN PARKS**

By: */s/ James H. Kizziar Jr.*
James H. Kizziar Jr.
Texas State Bar No.: 11547600
jim.kizziar@bracewell.com

Amber K. Dodds
Texas State Bar No.: 24082923
amber.dodds@bracewell.com

BRACEWELL LLP
300 Convent Street, Suite 2700
San Antonio, Texas 78205
Telephone: (210) 299-3526
Telecopier: (800) 404-3970

**ATTORNEYS FOR DEFENDANTS
GS GROUP FAIR OAKS, LLC
GARY SKINNER
RUN TMJ, LLC**